**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DR. STEPHEN SAYRE,

    Plaintiff,

v.

VISION FILMS, INC., et al.,

    Defendants.

Case No. 2:26-cv-00022-ART-NJK

**Order**

[Docket No. 15]

Pending before the Court is Plaintiff's motion to extend time to serve Defendants. Docket No. 15.

For good cause shown, the Court **GRANTS** Plaintiff's motion and **EXTENDS** Plaintiff's deadline to serve Defendants to May 22, 2026. Docket No. 15.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1